UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PLAINTIFFS | * | CIVIL ACTION |
| versus | * | RE KATRINA LITIGATION |
| ALLSTATE/STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "F" |

## ORDER

The Court enters this order to avoid duplication of effort and unnecessary expense, as well as to simplify and expedite docketing. This Order pertains to active cases in Section F relating to claims between State Farm and its homeowners and flood insureds and Allstate and its homeowners and flood insureds. The terms of this Order apply to any State Farm Fire and Casualty Company and/or Allstate Insurance Company Hurricane Katrina case filed in, transferred, or removed to Section F.

The Court has already designated Liaison Counsel: Allan Kanner of Kanner & Whiteley, LLC, as Plaintiff Liaison Counsel; and Charles L. Chassagnac, IV, of Porteous, Hainkel & Johnson, L.L.P. and Judy Barrasso of Barrasso, Usdin, Kupperman, Freeman and Sarver, L.L.C. are Defendant Liaison Counsel.

IT IS ORDERED:   that Liaison Counsel is responsible for maintaining a list of active and future cases.

IT IS FURTHER ORDERED: that Liaison Counsel is also responsible for disseminating all non-case specific communication from the Court, such as Case Management Orders.

IT IS FURTHER ORDERED: that all non-case specific orders will

be docketed in C.A. Number 06-4474.

New Orleans, Louisiana, September 12, 2007.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE